NUMBER 13-10-00020-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE: KNAPP MEDICAL CENTER

____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam (1)



 Relator, Knapp Medical Center, filed a petition for writ of mandamus in the above
cause on January 20, 2010. The Court ordered the real parties in interest, Aracely Ramos,
individually and as next friend of Juan Ramos, Ofelia Ramos, and Amanda Ramos, by and
through counsel, to file a response to relator's petition for writ of mandamus, and such
response has been duly filed. 

 Relator has now filed a motion to dismiss this original proceeding. The Court,
having considered the documents on file and relator's motion to dismiss the petition for writ
of mandamus, is of the opinion that the motion should be granted. Accordingly, this
original proceeding is DISMISSED without reference to the merits. Any pending motions
are likewise DISMISSED.

 PER CURIAM


Delivered and filed the

9th day of February, 2010.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).